FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 20  PM 12: 12

LORETTA G. WHYTE
      CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GEORGE GAYNOR, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-2038** |
| **DEPUTY BAKER IN CCC, CHARLES C. FOTI, SHERIFF HUNTER** | **SECTION "D"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that George Gaynor, Jr.'s 42 U.S.C. § 1983 claims of excessive force and medical indifference against the defendant Deputy Baker be **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this _19th_ day of _Dec_____, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____